UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DONALD JOSEPH KOSHMIDER, II,

       Petitioner,                   Case No. 1:19-cv-769

v.                                          Honorable Paul L. Maloney

DANIEL LESATZ,

       Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   November 14, 2019               /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                              United States District Judge