UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DONALD JOSEPH KOSHMIDER, II,

        Petitioner,

v.

DANIEL LESATZ,

        Respondent.

_____/

Case No. 1:19-cv-769

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: November 14, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge